Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:

CAROLINA GONZALES ZAMBRANO

CASE NO: 13-10192-RLJ-13
HEARING DATE:  5/1/2014
HEARING TIME:  11:00 AM

### TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectively show unto to the Court as follows:

**I.**
### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s). No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a). The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 008 0 U | ABILENE REGIONAL MEDICAL CENTER | $100.00 | 009 0 U | ADVANCE AMERICA | $100.00 |
| 010 0 U | ALLTEL COMMUNICATIONS | $863.00 | 012 0 U | BEALLS/COMENITY BANK | $1.00 |
| 013 0 U | CATO | $50.00 | 017 0 U | DR SAMUEL MARONEY | $100.00 |
| 019 0 U | GREAT AM SALES & RENT | $2,207.00 | 020 0 U | JC PENNEY | $100.00 |
| 022 0 U | MIDWEST FINANCE | $792.00 | 023 0 U | MONTGOMERY WARDS | $100.00 |
| 027 0 U | NUVELL CREDT | $19,001.00 | 031 0 U | RADIO SHACK/CITIBANK | $50.00 |
| 032 0 U | RADIOLOGY ASSOCIATES OF ABILENE | $30.00 | 033 0 U | ROLLING PLAINS MEMORIAL HOSPITAL | $433.00 |
| 034 0 U | ROTAN HEALTH CENTER | $100.00 | 036 0 U | SEARS MASTERCARD/CITI | $100.00 |
| 039 0 U | TEXAS CAR TITLE | $540.00 | 040 0 U | TEXAS FINANCE | $384.00 |
| 041 0 U | UNITED ACCEPTANCE INC | $5,317.00 | 042 0 U | WEST CENTRAL TX COLLECTIONS | $162.00 |
| 045 0 U | AMIGO ENERGY | $295.87 | | | |

**II.**
### SPECIFIC OBJECTIONS

No Objections

**III.**
### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 018 0 | FRONTIER MOTOR CO | 2005 DODGE RAM 1500 TRUCK | $9,676.60 | $12,000.00 | | | |
| | Claim paid in full by insurance proceeds; Trustee shall make no further payment. | | | | | | |
| 025 0 * | NOLAN COUNTY | 2012-2013 PROPERTY TAXES/302 BOIS D ARC, ROSCOE TX | $220.92 | $22,420.00 | 12.00% | 40 | $6.75 PAID BY TRUSTEE |
| 053 0 * | CITY OF ROSCOE | 2012-2013 PROPERTY TAXES | $335.07 | $22,420.00 | 12.00% | 40 | $14.42 PAID BY TRUSTEE |
| | Not provided for in confirmed plan. See Trustee's Modification below. | | | | | | |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 014 0 U | CONSUMER PORTFOLIO SERVICES<br>*DEFICIENCY/2006 CHRYSLER* | $12,704.74 | 024 0 U | CASA TIERRA<br>*APARTMENT LEASE* | $1,491.75 |
| 037 0 U | SECURITY FIN<br>*LOAN* | $1,373.80 | 038 0 U | SOUTHWEST GAS CORPORATION<br>*SERVICES* | $220.18 |
| 050 0 U * | WORLD FINANCE CORP<br>*LOAN*<br>*Not provided for in confirmed plan.* | $1,603.70 | 055 0 U * | ASSET ACCEPTANCE LLC<br>*SERVICES/XCEL ENERGY SW PUBLIC SERVICE*<br>*Not provided for in confirmed plan.* | $483.38 |
| 057 0 U * | JEFFERSON CAPITAL SYSTEMS LLC<br>*SERVICES/SPRING PCS*<br>*Not provided for in confirmed plan.* | $367.41 | | | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

City of Roscoe is allowed a $335.07 secured claim for 2012 and 2013 property taxes, clerk's claim #5, valued for $22,420.00 and paid 12% interest over the remainder of a 40 month term with monthly payments of $14.42. Beginning 8/30/2013 debtor shall make 40 payments of $443.00; $10,936.21 received from insurance proceeds have been added to the base as well, for a total plan contribution of $28,656.21.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 5/1/2014 AT 11:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO: US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT:
US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604
AT 8:30am.  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.  ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE.  TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:    3/12/2014                                             /s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

```
AARONS RENTAL CENTER 411 NE GEORGIA  SWEETWATER TX 79556
ABILENE REGIONAL MEDICAL CENTER PO BOX 849776  DALLAS TX 75284
ADVANCE AMERICA 3285  S 14TH  ABILENE TX 79605
ALLTEL COMMUNICATIONS 1801 B SOUTH MONROE STREET  TALLAHASSE FL 32301
ALLY FINANCIAL ROSEVILLE BANKRUPTCY CENTER 2740 ARTHUR STREET ROSEVILLE MN 55113
AMIGO ENERGY 777 POST OAK BLVD STE 700  HOUSTON TX 77056
ASSET ACCEPTANCE LLC PO BOX 2036  WARREN MI 48090
BEALLS/COMENITY BANK COMENITY BANK ATTN: BANKRUPTCY PO BOX 182686 COLUMBUS OH 43218
BYL SERVICES 301 LACEY STREET  WEST CHESTER PA 19382
CAROLINA GONZALES ZAMBRANO PO BOX 46  ROSCOE TX 79545
CASA TIERRA NATIONAL CREDIT SYSTEMS INC PO BOX 312125 ATLANTA GA 31131
CATO 1776 TEXAS 351  ABILENE TX 79603
CITIBANK PO BOX 790034  ST LOUIS MO 63179
CITY OF ROSCOE C/O PERDUE BRANDON FIELDER ET ALL PO BOX 13430 ARLINGTON TX 76094
CITY OF ROSCOE NOLAN COUNTY C/O EBONEY COBB PERDUE BRANDON FIELDER C PO BOX 13430 ARLINGTON TX 76094
CONSUMER PORTFOLIO SERVICES PO BOX 57071  IRVINE CA 92619
CONSUMER PORTFOLIO SVC ATTN: BANKRUPTCY 19500 JAMBOREE RD IRVINE CA 92612
CRED BUREAU BORGER 306 N MCGEE ST  BORGER TX 79007
CREDIT SYSTEMS INTL IN 1277 COUNTRY CLUB LN  FT WORTH TX 76112
DR SAMUEL MARONEY 2074 ANTILLEY RD  ABILENE TX 79606
FRONTIER MOT 4609 N FIRST  ABILENE TX 79603
FRONTIER MOTOR CO 4601 N FIRST STREET  ABILENE TX 79603
GREAT AM SALES & RENT 7223 W INDIAN SCHOOL RD  PHOENIX AZ 85033
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
JC PENNEY PO BOX 533  DALLAS TX 75221
JCPENNY/MCCBGA PO BOX 981131  EL PASO TX 79998
JEFFERSON CAPITAL SYSTEMS LLC PO BOX 7999  SAINT CLOUD MN 56302
JEFFERSON CAPITAL SYSTEMS LLC PO BOX 953185  ST LOUIS MO 63195
MIDWEST FINANCE 3105 S 14TH ST  ABILENE TX 79605
MONTGOMERY WARDS PO BOX 981400  EL PASO TX 79998
NATIONAL CREDIT SYSTEM ATTN BANKRUPTCY PO BOX 312125 ATLANTA GA 31131
NOLAN COUNTY CENTRAL APPRAISAL DISTRICT PO BOX 1256  SWEETWATER TX 79556
NOLAN COUNTY PERDUE  BRANDON  FIELDER  ETAL PO BOX 13430 ARLINGTON TX 76094
NRTHN RESOL PO BOX 566  AMHERST NY 14226
NUVELL CREDT 5700 CROOKS RD STE 301  TROY MI 48098
PERDUE BRANDON FIELDER COLLINS & MOTT ATTORNEYS AT LAW PO BOX 13430 ARLINGTON TX 76094
PINNACLE CREDIT SERVICE PO BOX 640  HOPKINS MN 55343
RADIO SHACK/CITIBANK PO BOX 20483  KANSAS CITY MO 64195
RADIOLOGY ASSOCIATES OF ABILENE PO BOX 2898  ABILENE TX 79604
ROLLING PLAINS MEMORIAL HOSPITAL PO BOX 690  SWEETWATER TX 79556
ROTAN HEALTH CENTER 711 EAST FIFTH STREET  ROTAN TX 79546
RS CLARK AND ASSOCIATE 12990 PANDORA DR STE 150  DALLAS TX 75238
SEARS MASTERCARD/CITI PO BOX 6922  THE LAKES NV 88901
SECURITY FIN SFC CENTRALIZED BANKRUPTCY PO BOX 1893 SPARTANBURG SC 29304
SOUTHWEST GAS CORPORATION PO BOX 1498  VICTORVILLE CA 92393
SOUTHWEST GAS CORPORATION PO BOX 98890  LAS VEGAS NV 89193
TEXAS CAR TITLE 3989 S 1ST ST  ABILENE TX 79605
TEXAS FINANCE 605 A LAMAR STREET  SWEETWATER TX 79556
UNITED ACCEPTANCE INC 2400 LAKE PARK DRIVE SE  SMYRNA GA 30080
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WEST CENTRAL TX COLLECTIONS PO BOX 2586  ABILENE TX 79604
WEST TEXAS RADIOLOGY 3280 JOE BATTLE BLVD  EL PASO TX 79938
WORLD FINANCE CORP 2309 W 5TH ST  PLAINVIEW TX 79072
WORLD FINANCE CORP 3118 N 1ST STREET  ABILENE TX 79603
WORLD FINANCE CORP WORLD ACCEPTANCE CORP/ATTN BANKRUPTCY PO BOX 6429 GREENVILLE SC 29606
```